In the Matter of BRITTANY R. and Others, Children Alleged to be Permanently Neglected. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANNEMARIE R., Appellant.

Submitted August 24, 2015; decided October 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of CELSO L. CASTILLO, Appellant, v JOHN B. LATELLA, Respondent.

Submitted September 8, 2015; decided October 27, 2015

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by the Rules of the Court of Appeals (see 22 NYCRR 500.22 [b] [2]). Motion for poor person relief dismissed as academic.

In the Matter of CONSTELLATION NUCLEAR POWER PLANTS LLC, Appellant, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted September 8, 2015; decided October 27, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.